**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LIAM KOZMA, derivatively and on behalf of NOVABAY PHARMACEUTICALS, INC. and individually and on behalf of all other similarly situated stockholders of NOVABAY PHARMACEUTICALS, INC., | ) | C.A. No. 16-cv-1254-JFB-SRF |
| Plaintiff, | ) | |
| v. | ) | |
| MARK M. SIECZKAREK, et al., | ) | |
| Defendants, | ) | |
| And | ) | |
| NOVABAY PHARMACEUTICALS, INC. | ) | |
| Nominal Defendant. | ) | |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, FINAL APPROVAL OF THE PROPOSED SETTLEMENT, AND AN AWARD OF ATTORNEYS' FEES**

Plaintiff, Liam Kozma, by and through his undersigned counsel, hereby moves for class certification and final approval of the proposed class action and derivative settlement, and makes an application for an award of attorneys' fees and expenses. The grounds for this Motion are set forth in the opening memorandum of law filed concurrently herewith.

Dated: November 3, 2017

Respectfully submitted,

OF COUNSEL:

Joseph Levi
William J. Fields
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, New York 10004
(212) 363-7500

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*